AIP ACQUISITION LLC, Appellant

v.

LEVEL 3 COMMUNICATIONS, LLC, Appellee.

No. 2015–1286.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2015.

Chi Eng, Eng Law Firm, Newark, NJ, argued for appellant.

Jon Wright, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by Michael Bradley Ray, Pauline Pelletier; Iftikahr Ahmed, David R. Clonts, Manoj S. Gandhi, Akin, Gump, Strauss, Hauer & Feld, LLP, Houston, TX; Richard Laurence Macon, San Antonio, TX.

TARANTO, PLAGER, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

TEXCHEM ADVANCED PRODUCTS INCORPORATED SDN. BHD., Plaintiff–Appellee,

v.

E.PAK INTERNATIONAL INC., Defendant–Appellant.

No. 2015–1355.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2015.

Kent M. Walker, Lewis Kohn & Fitzwilliam LLP, San Diego, CA, argued for plaintiff-appellee.

Steven C. Susser, Carlson, Gaskey & Olds, P.C., Birmingham, MI, argued for defendant-appellant. Also represented by David J. Gaskey.

TARANTO, PLAGER, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**